FULL NAME: Raymond Justo Kitilya

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION:
P.O Box 1040
Soledad, CA 93960

PRISON NUMBER (if applicable): BV1639

Related DPJ

FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Raymond Justo Kitilya

PLAINTIFF

us (united states) supreme court, et al

DEFENDANT(S)

CASE NUMBER: 2:25cv00524-CAS-DFM

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? __Not available__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

This Filing is a partial Replication of a previously propagated (propagated) complaint with a Few additional charges added which are commeted by the same defendents from the previous Fillings (propagated petitions). all defendents and charges of the case are to be filed against all previous defendents from the case present in This court (united states district court central District of California) labled," with the label of" Raymond J Kitilya-v- west covina, et al, and Raymond J Kitilya-v- montclair police-department et al, with, C.D.C.R (California department of corrections and Rehebilitation and unitestated supreme court and united states district court of appeals and united states district (district) court central district of california added as defendents.

a. Parties to this previous lawsuit:
   Plaintiff: various amounts of previous defendts with the plaintiff of Raymond Justo Kitilya
   Defendants: Raymond Justo Kitilya -v- west covina police department - et al and Raymond J Kitilya -v- montclare PD-...
b. Court: U.S - district court of central District of California
c. Docket or case number: Not available," institution has seized my paperwork.
d. Name of judge to whom case was assigned: Not available see above
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Denied for unligitamit purposes
f. Issues raised: No issues Raised Denied for unligitament purposes which are in violation of the Bill of Rights and the 14th amendment of the U.S-constitution
g. Approximate date of filing lawsuit: Not available for my paperwork was seized.
h. Approximate date of disposition: Not available Info was seized from my possesion.

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not: I have filed the institution appeal which was attatched to the last complaint I filed with this court with the denied deposition included

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure. I have request copys and did not recieve them from the defendents which violates the court of laws

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Raymond Justo Kitilya
(print plaintiff's name)
who presently resides at Soledad, CA 93960 P.O. Box 1040
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at Salinas valley state poison and California department of corrections and Rehibilitation.
(institution/city where violation occurred)

on (date or dates) **12-9-2024**   **12-1-2024** _____
                    (Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **United States supreme court** resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)
   **Judiciary Government council of united states**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **violating the bill of Rights and 14th amendment of the united states constitution on plaintiffs behalf**

2. Defendant **California Department of corrections** resides or works at
   (full name of first defendant) **and Rehibilitation.**
   **Sacremento California**
   (full address of first defendant)
   **California state prison**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **violation of the bill of Rights and 14th amendment of the united states constitution on the plaintiffs Behalf**

3. Defendant **Montclaire police Dpt-et-al (case)** resides or works at
   (full name of first defendant)
   **Not known all Defendents of Me-v-montclaire pd-et-al should Be included.**
   (full address of first defendant)
   **various amounts (amounts) of local at state government agency's.**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **various amounts (multiple amounts) of violations of the Bill of Rights and the 14th amendment of the united states constitution.**

4. Defendant -v- west corina PD -et al (case) resides or works at
all Defendents from case me-v-, name above should be included.
multiple local and state government agency's

The defendant is sued in his her (Check one or both): ☐ individual ☑ official capacity

Explain how this defendant was acting under color of law:
violating the Bill of Rights and 14th amendment of the United States Constitution.

5. Defendant united states district court central resides or works at District of California
Not available
Federal Judicial counsel court

The defendant is sued in his her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
in vollation of the 5th, 6th, 9th, and 14th amendments of the United States Constitution

Defendent, 6

1. United states District court of appeals 9th circuit

2. Address is Not available

3. The defendents position is the United States Federal District court of appeals for the state of California

D. CLAIMS*

CLAIM I

The following civil right has been violated:

The bill of Rights and 14th amend of the United states constitution for the fact that the defendents in this case, (which should included are Defends (Defendents) I Filed against in the U.S district court for the central District of california) violated the 2nd, 4th, 5th, 6th, 8th, 9th, and 14th amendments on the plaintiffs' behalf negatively due to bieng prejudice to Civil Rihts (civil Rights) act, "action for neglect to prevent" Under the 4th amendment of the United states constitution During the unlawfull arrest and in the court prior to and during prosecution that include, the 6th amendment for False imprisonment and the 4th amendment for unlawfull arrest and the 5th and 6th amendments for Due process Rights bieng violate by the court During court and prior to prosecution of False imprisonmen

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

by overlooking all Fillings against the defendents within this court it is well known the the arresting agency's and the Judical counsel (courts) are consistently violated (violating) the ef (evidence) code section 3 due to having no Relevent of evidence to support the discovery of the nature used to summon, "create" the False charges I was obligated to answer to in the court of law. The arresting agency's and the courts are consistently prosecuting me with no evidence or any police Report, "Indictment" in the court of law on various counts (multiple counts) of times. See Raymond-v-montclaire police department et-al. and Raymond J Kitiya-v- westcovina police department et-al. plus the appears courts are Replicating the acts of law violation as well.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The plaintiff (Raymond Justo Kitilya) is requesting monetary relief of one hundred Billion dollars and Injunction Relief as well so nature of these violations dont occurr againt to me," The plaintiff" (Raymond Justo Kitilya) or anyone else as well. I am also requesting my use and possessions of fire arms validated againe due to invalidating the (this) Rights of my being apart of the illegal unlawfull prosecution in the court of law in the United States of America.

1-9-2025
(Date)

(Signature of Plaintiff)



